IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL SPECIALTY INS. CORP.,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL JENZEH, STEFANIE JENZEH, OMNI ENVIRO, LLC, and QUANTUM BIOTEK PTY, LTD.,<br><br>    Defendants. | No. C 13-0564 CW<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DIRECTING PLAINTIFF TO SERVE DEFENDANTS (Docket No. 9) |

On May 7, 2013, Plaintiff Capitol Specialty Insurance Corp. moved to continue the case management conference previously set for May 8, 2013. In its motion, Plaintiff stated that it is "still in the process of working with the other parties to accomplish service." Docket No. 9.

Because none of the Defendants in this action has been served, the Court CONTINUES the case management conference to Wednesday, June 19, 2013 at 2:00 p.m. Plaintiff must serve all Defendants by June 8, 2013 or obtain a waiver of service. Failure to complete service by this deadline will result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 4(m). If Plaintiff requires additional time to complete service, it must file a motion showing good cause why additional time should be granted.

IT IS SO ORDERED.

Dated: 5/8/2013

CLAUDIA WILKEN
United States District Judge