**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORP., a foreign insurer licensed to do business in the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JENZEH AND STEFANIE JENZEH, husband and wife; OMNI ENVIRO, LLC., a California limited liability company; and QUANTUM BIOTEK PTY. LTD., an Australian proprietary limited company;<br><br>Defendants. | Case No. C-13-0564 CW<br><br>**ORDER GRANTING MOTION TO EXTEND TIME FOR SERVICE UPON DEFENDANTS JENZEH AND OMNI ENVIRO, LLC**<br><br>(Assigned to Hon. Claudia Wilken) |

Having reviewed Plaintiff's Motion to Extend Time for Service Upon Defendants Jenzeh and Omni Enviro, LLC, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff shall have up to **Friday, August 2, 2013**, in which to serve Defendants Michael Jenzeh, Stefanie Jenzeh and Omni Enviro, LLC.

DATED: 6/6/2013

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE