IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORP., a foreign insurer licensed to do business in the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JENZEH AND STEFANIE JENZEH, husband and wife; OMNI ENVIRO, LLC., a California limited liability company; and QUANTUM BIOTEK PTY. LTD., an Australian proprietary limited company;<br><br>Defendants. | Case No. C-13-0564 CW<br><br>**ORDER GRANTING REQUEST TO VACATE AND RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>**(Assigned to Hon. Claudia Wilken)** |

Having reviewed Plaintiff's Request to Vacate and Reschedule Case Management Conference, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Case Management Conference is vacated and rescheduled to **Wednesday, September 4, 2013**.

DATED: 6/6/2013

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE