1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

9
10
CAPITOL SPECIALTY INSURANCE
CORP., a foreign insurer licensed to do
business in the State of California,

Case No. C-13-0564 CW

11
              Plaintiff,

12
    vs.

**ORDER GRANTING REQUEST TO
VACATE AND RESCHEDULE CASE
MANAGEMENT CONFERENCE**

13
14
15
16
MICHAEL   JENZEH   AND   STEFANIE
JENZEH,   husband   and   wife;   OMNI
ENVIRO,   LLC.,   a   California   limited
liability   company;   and   QUANTUM
BIOTEK   PTY.   LTD.,   an   Australian
proprietary limited company;

**(Assigned to Hon. Claudia Wilken)**

17
              Defendants.

18
19
    Having reviewed Plaintiff's Request to Vacate and Reschedule Case Management

Conference, and good cause appearing therefore,

20
21
    IT IS HEREBY ORDERED that the Case Management Conference is vacated and

rescheduled to ___10/16/2013___.

22
23
DATED:___8/8/2013___

24
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

25
26
27
28