IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORP., a foreign insurer licensed to do business in the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JENZEH AND STEFANIE JENZEH, husband and wife; OMNI ENVIRO, LLC., a California limited liability company; and QUANTUM BIOTEK PTY. LTD., an Australian proprietary limited company;<br><br>Defendants. | Case No. C-13-0564 CW<br><br>**ORDER GRANTING REQUEST TO VACATE AND RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>(Assigned to Hon. Claudia Wilken) |

Having reviewed Plaintiff's Request to Vacate and Reschedule Case Management Conference, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Case Management Conference is vacated and rescheduled to 10/16/2013.

DATED: 8/8/2013

*[signature]*
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE