**GRAIF BARRETT & MATURA, P.C.**
Jay R. Graif, State Bar No. 160047
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004
Telephone: 602-792-5700
Facsimile: 602-792-5710
Email Addresses:  jgraif@gbmlawpc.com

*Attorneys for Plaintiff Capitol Specialty Insurance Corp.*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORP., a foreign insurer licensed to do business in the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JENZEH AND STEFANIE JENZEH, husband and wife; OMNI ENVIRO, LLC., a California limited liability company; and QUANTUM BIOTEK PTY. LTD., an Australian proprietary limited company;<br><br>Defendants. | Case No. C-13-0564 CW<br><br>[PROPOSED] ORDER GRANTING STIPULATION<br><br>(Assigned to Hon. Claudia Wilken) |

Having reviewed the parties Stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant Quantum Biotek Pty. Ltd. ("Quantum"), will not actively participate in these proceedings but will be bound by all court rulings, final settlements, findings and/or judgments in this case insofar as any of the rulings, settlements, findings and/or judgments may concern coverage under the Capitol policy.

IT IS HEREBY FURTHER ORDERED that Quantum shall not be required to file an appearance or responsive pleading in this matter and that no other party shall file a default with regard to such non-appearance.

1     IT IS HEREBY FURTHER ORDERED that Quantum shall be estopped from arguing any issues that are litigated and decided in this matter in any subsequent proceeding despite its non-participation in the current proceeding.

**IT IS SO ORDERED.**

Dated: 9/26/2013

*[signature]*
Hon. Claudia Wilken
Judge of the U.S. District Court