**GRAIF BARRETT & MATURA, P.C.**
Jay R. Graif, State Bar No. 160047
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004
Telephone: 602-792-5700
Facsimile: 602-792-5710
Email Addresses: jgraif@gbmlawpc.com

*Attorneys for Plaintiff Capitol Specialty Insurance Corp.*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL SPECIALTY INSURANCE CORP., a foreign insurer licensed to do business in the State of California,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL JENZEH AND STEFANIE JENZEH, husband and wife; OMNI ENVIRO, LLC., a California limited liability company; and QUANTUM BIOTEK PTY. LTD., an Australian proprietary limited company;<br><br>Defendants. | **Case No. C-13-00564 RMW**<br><br>**[] ORDER APPROVING STIPULATION TO STAY DECLARATORY ACTION**<br><br>**(Assigned to Hon. Ronald M. Whyte)** |

## ORDER

Upon reading and approving the parties' Stipulation to Stay Declaratory Action, and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

This lawsuit is STAYED in its entirety pending resolution of the underlying and related lawsuit, *Quantum Biotek Pty. Ltd. v. Michael Jenzeh et al.,* pending in this Court, cause number CV 12 1809 RMW.

1
2      All motion hearing dates and other dates and deadlines in this case are VACATED
3  without prejudice.  The parties shall notify the Court of the resolution of the *Quantum*
   litigation within 21 days after said resolution.
4
5
6  Öæ^ KFFĐÌĐFH                                    _____
                                                   HON. RONALD M. WHYTE
7                                                  Judge of the United States District Court
8
9  **4829-0664-5782, v. 1**

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                              2